# *Exhibit A*

Case: 4:14-cv-00172-NAB   Doc. #:  1-1   Filed: 01/30/14   Page: 1 of 2 PageID #: 34

| | |
|---|---|
| **From:** | Robert Morley <bob@paybysquirrel.com> |
| **Sent:** | Monday, June 08, 2009 12:00 PM |
| **To:** | Jack Dorsey |
| **Subject:** | Re: Patent application update |

Jack,
You are quite welcome, I am happy to do my part for our enterprise.
  And please call me Bob :-)
Bob


On Jun 8, 2009, at 11:31 AM, Jack Dorsey wrote:

> Thank you Dr. Morley! This is a big step.
>
> JD.
>
> On Jun 8, 2009, at 7:49 AM, Robert Morley <bob@paybysquirrel.com>
> wrote:
>
>> All,
>> I got the draft yesterday and have marked it up and discussing with
>> atty today.
>> Bob
>>

1