# *Exhibit B*

Case: 4:14-cv-00172-NAB   Doc. #: 1-2
US008584946B2

(12) **United States Patent**
Morley, Jr.

(10) **Patent No.:**  **US 8,584,946 B2**
(45) **Date of Patent:**  *Nov. 19, 2013**

(54) **CARD READER DEVICE FOR A CELL PHONE AND METHOD OF USE**

(75) Inventor: **Robert E. Morley, Jr.**, University City, MO (US)

(73) Assignee: **REM Holdings 3, LLC**, St. Louis, MO (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/065,931**

(22) Filed: **Apr. 1, 2011**

(65) **Prior Publication Data**

US 2011/0180601 A1   Jul. 28, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 12/807,064, filed on Aug. 26, 2010, now Pat. No. 7,918,394, which is a continuation of application No. 12/456,134, filed on Jun. 10, 2009, now Pat. No. 7,810,729.

(51) **Int. Cl.**
*G06K 19/00*   (2006.01)
(52) **U.S. Cl.**
USPC ........................................................ **235/449**
(58) **Field of Classification Search**
USPC ......................................... 235/435, 439, 449
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,845,740 | A | 7/1989 | Tokuyama et al. |
| 5,204,513 | A | 4/1993 | Steele |
| 5,371,692 | A | 12/1994 | Draeger et al. |
| 5,764,742 | A | 6/1998 | Howard et al. |
| 5,850,599 | A | 12/1998 | Seiderman |
| 6,006,109 | A | 12/1999 | Shin |
| 6,129,277 | A | 10/2000 | Grant et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| WO | WO 2010/097711 A2 | 9/2010 |
|---|---|---|
| WO | WO 2010/111130 A2 | 9/2010 |

OTHER PUBLICATIONS

Sebastien Bourdeauducq, "Reading Magnetic Cards (Almost) for Free," posted on Jan. 26, 2009 at http://lekernel.net/blog/?p=12.

(Continued)

*Primary Examiner* — Michael G Lee
*Assistant Examiner* — Matthew Mikels
(74) *Attorney, Agent, or Firm* — The Law Office of Kirk D. Williams

(57)   **ABSTRACT**

A card reader device for reading a card having data stored on a magnetic stripe incorporated into the card is disclosed in which the card reader device comprises a read head for passing a magnetic stripe of a card by to read data stored on a magnetic stripe and for producing a signal indicative of data stored on a magnetic stripe, a signal setting device for setting an amplitude of the signal indicative of data stored on a magnetic stripe, and an output jack adapted to be inserted into a microphone input associated with a cell phone for providing the signal indicative of data stored on a magnetic stripe to a cell phone. Data stored on the card and sensed by the card reader device is decoded by components such as a microphone amplifier, an analog to digital converter, and a microprocessor already resident in a cell phone.

**17 Claims, 4 Drawing Sheets**



US 8,584,946 B2

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,481,623 B1 | 11/2002 | Grant et al. | |
| 6,579,728 B2 | 6/2003 | Grant et al. | |
| 7,252,232 B2 | 8/2007 | Fernandes et al. | |
| 7,309,012 B2 | 12/2007 | Von Mueller et al. | |
| 7,324,836 B2 | 1/2008 | Steenstra et al. | |
| 7,409,234 B2 | 8/2008 | Glezerman | |
| 7,810,729 B2 * | 10/2010 | Morley, Jr. | 235/449 |
| 7,896,248 B2 * | 3/2011 | Morley, Jr. | 235/449 |
| 7,918,394 B1 * | 4/2011 | Morley, Jr. | 235/449 |
| 2002/0002507 A1 | 1/2002 | Hatakeyama | |
| 2002/0030871 A1 | 3/2002 | Anderson et al. | |
| 2003/0144040 A1 | 7/2003 | Liu et al. | |
| 2004/0012875 A1 | 1/2004 | Wood | |
| 2004/0041911 A1 | 3/2004 | Odagiri et al. | |
| 2004/0087339 A1 | 5/2004 | Goldthwaite et al. | |
| 2004/0093496 A1 | 5/2004 | Colnot | |
| 2004/0204074 A1 | 10/2004 | Desai | |
| 2005/0247787 A1 | 11/2005 | Von Mueller et al. | |
| 2006/0094481 A1 | 5/2006 | Gullickson | |
| 2006/0223580 A1 | 10/2006 | Antonio et al. | |
| 2007/0250623 A1 | 10/2007 | Hickey et al. | |
| 2008/0059375 A1 | 3/2008 | Sada et al. | |
| 2008/0059375 A1 | 3/2008 | Abifaker | |
| 2010/0243732 A1 | 9/2010 | Wallner | |
| 2011/0084140 A1 | 4/2011 | Wen | |

OTHER PUBLICATIONS

"MSR500EX (Mini123EX) Portable Magnetic Stripe Card Reader," by Tyner ("Tyner"), posted on Apr. 27, 2007 at http://www.tyner.com/megnetic/msr500ex.htm, 3 pages.

Luis Padilla Visdomine, "Turning Your Mobile into a Magnetic Stripe Reader," at http://www.gae.ucm.es/~padilla/extrawork/mobilesoundtrack.html first version: Aug. 30, 2004, last updated Dec. 6, 2009, 2 pages.

L. Padilla, "Magnetic Stripe Reader Circuit," at http://www.gae.ucm.es/~padilla/extrawork/magamp.html, first version: Jan. 28, 1997, last updated Dec. 5, 2009, 7 pages.

Luis Padilla Visdomine, "The Simplest Magnetic Stripe Reader," at http://www.gae.ucm.es/~padilla/extrawork/soundtrack.html,  Aug. 30, 2004, 3 pages.

Defendants First Amended Answer to Complaint, Affirmative Defenses, and First Amended Counterclaims Against Plaintiffs, *Square, Inc. and James McKelvey. Square, Inc. and James McKelvey*, Plaintiffs and Counterclaim Defendants, vs. *REM Holdings 3, LLC*, a Missouri LLC, Defendant and Counterclaim Plaintiff. Civil Action No. 4:10-cv-2243 SNLJ. United States District Court for the Eastern District of Missouri, Eastern Division. Filed May 24, 2011.

Plaintiffs' Answer to Defendant's First Amended Counterclaims Against Plaintiffs *Square, Inc. and James McKelvey; Square, Inc. and James McKelvey*, Plaintiffs and Counterclaim Defendants, vs. *REM Holdings 3, LLC*, a Missouri LLC, Defendant and Counterclaim Plaintiff. Civil Action No. 4:10-cv-2243 SNLJ. United States District Court for the Eastern District of Missouri, Eastern Division. Filed Jun. 10, 2011.

Memorandum in Support of Defendant'S Rule 12(b)(6) Motion to Dismiss Plaintiff'S Claims of Inequitable Conduct, *Square, Inc. and James McKelvey*, Plaintiffs v. *REM Holdings 3, LLC*, a Missouri LLC, Defendant. Civil Action No. 4:10-cv-2243 SNLJ. United States District Court for the Eastern District of Missouri, Eastern Division. Filed Jun. 30, 2011.

L. Padilla, "The Simplest Magnetic Stripe Reader," http://gae.ucm.es/~padilla/extrawork/soundtrack.html, First version Jan. 27, 2003, last updated Dec. 10, 2009 (5 pages).

Definition of "DC-coupled," http://www.sweetwater.com/expert-center/glossary/t--DC-coupled, Aug 29, 2011 (1 page).

"Computer Microphones," http://web.archive.org/web/20090303083201/http://hobby-hour.com/electronics/com . . . , Aug. 14, 2011 (2 pages).

"Sound Card External Connectors", Gateway Support Document, http://support.gateway.com/s/tutorials/Tu_949612.shtml. Aug. 10, 2011 (2 pages).

Definition of "Game Port", Wikipedia. http://en.wikipedia.org/wiki/Game_port, Aug. 28, 2011 (5 pages).

George Wallner, "Acoustically Coupled Card Reader," U.S. Appl. No. 61/163,296, filed Mar. 25, 2009 (8 pages).

"Siemens MC60 cell phone," http://siemphones.blogspot.com/2008/siemens-mc60-review.html, Sep. 2, 2008, 2 pages.

http://classic-web.archive.org/web/20041027001715/http://www.gae.ucm.es~padilla/extrawork/mobilesoundtrack.html    retrieved Jun. 22, 2011, 4 pages.

http://classic-web.archive.org/web/20030218183546/http://www.gae.ucm.es~padilla/extrawork/magamp.html retrieved Jun. 20, 2011, 7 pages.

http://www.infosyncworld.com/reviews/cell-phones/lg-rumor2/10184.html "LG Rumor 2 review" Philip Berne May 16, 2009, 3 pages.

Order Granting Request for Inter Partes Reexamination of US Patent 7,810,729, U.S. Appl. No. 95/001,618, US Patent Office, mailed Jun. 23, 2011 (26 pages).

Office action in Inter Partes Reexamination of US Patent 7,810,729, U.S. Appl. No. 95/001,618, US Patent Office, mailed Jul. 1, 2011 (26 pages).

Response to Office action in Inter Partes Reexamination of US Patent 7,810,729, U.S. Appl. No. 95/001,618, US Patent Office, filed Sep. 1, 2011 (40 pages).

Office action in Inter Partes Reexamination of US Patent 7,810,729, U.S. Appl. No. 95/001,618, US Patent Office, mailed Dec. 14, 2011 (29 pages).

Response to Office action in Inter Partes Reexamination of US Patent 7,810,729, U.S. Appl. No. 95/001,618, US Patent Office, filed Jan. 17, 2012 (75 pages).

Office action in Inter Partes Reexamination of US Patent 7,810,729, U.S. Appl. No. 95/001,618, US Patent Office, mailed Apr. 2, 2012 (42 pages).

Right of Appeal in Inter Partes Reexamination of US Patent 7,810,729, U.S. Appl. No. 95/001,618, US Patent Office, mailed Jul. 17, 2012 (19 pages).

Order Granting Request for Inter Partes Reexamination of US Patent 7,918,394, U.S. Appl. No. 95/001,619, US Patent Office, mailed Jun. 10, 2011 (29 pages).

Office action in Inter Partes Reexamination of US Patent 7,918,394, U.S. Appl. No. 95/001,619, US Patent Office, mailed Jul. 1, 2011 (46 pages).

Notice of Intent to Issue Inter Partes Reexamination Certificate in Inter Partes Reexamination of US Patent 7,918,394, U.S. Appl. No. 95/001,619, US Patent Office, mailed Oct. 26, 2011 (13 pages).

Inter Partes Reexamination Certificate in Inter Partes Reexamination of US Patent 7,918,394, U.S. Appl. No. 95/001,619, US Patent Office, issued Jan. 17, 2012 (2 pages).

Order Granting Request for Inter Partes Reexamination of US Patent 7,896,248, U.S. Appl. No. 95/001,620, US Patent Office, mailed Jun. 10, 2011 (28 pages).

Office action in Inter Partes Reexamination of US Patent 7,896,248, U.S. Appl. No. 95/001,620, US Patent Office, mailed Jul. 1, 2011 (22 pages).

Response to Office action in Inter Partes Reexamination of US Patent 7,896,248, U.S. Appl. No. 95/001,620, US Patent Office, filed Sep. 1, 2011 (39 pages).

Office action in Inter Partes Reexamination of US Patent 7,896,248, U.S. Appl. No. 95/001,620, US Patent Office, mailed Nov. 23, 2011 (37 pages).

Response to Office action in Inter Partes Reexamination of US Patent 7,896,248, U.S. Appl. No. 95/001,620, US Patent Office, filed Jan. 23, 2012 (76 pages).

Office action in Inter Partes Reexamination of US Patent 7,896,248, U.S. Appl. No. 95/001,620, US Patent Office, mailed Apr. 3, 2012 (53 pages).

**US 8,584,946 B2**

Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

Office action in Inter Partes Reexamination of US Patent 7,896,248, U.S. Appl. No. 95/001,620, US Patent Office, mailed Jun. 11, 2012 (26 pages).
PCT International Search Report and the Written Opinion of the International Searching Authority for PCT Application PCT/US10/

01660 (which claims priority to U.S. Appl. No. 12/456,134, now US Patent 7,810,729), ISA/US, mailed Jul. 16, 2010, (eleven pages).
PCT International Search Report and the Written Opinion of the International Searching Authority for PCT Application PCT/US11/00137 (which claims priority to U.S. Appl. No. 12/657,792, now US Patent 7,896,248), ISA/US, mailed Mar. 30, 2011, (six pages).


* cited by examiner



Fig. 1



Fig. 2



Fig. 3

Fig. 5



Fig. 4

US 8,584,946 B2

1

## CARD READER DEVICE FOR A CELL PHONE AND METHOD OF USE

### RELATED APPLICATION

This application is a continuation application of U.S. patent application Ser. No. 12/807,064, which was filed on Aug. 26, 2010, now U.S. Pat. No. 7,918,394, which was a continuation application U.S. patent application Ser. No. 12/456,134, which was filed on Jun. 10, 2009, now U.S. Pat. No. 7,810,729.

### BACKGROUND

This disclosure relates to a card reader device for use with a cellular phone for reading a magnetic stripe card and more particularly to a portable card reader device which senses the magnetically recorded information stored on a magnetic stripe card and conveys this sensed information via an analog waveform to a cell phone for further processing.

Plastic cards having a magnetic stripe embedded on one side of the card are prevalent in every day commerce. These cards are used in various transactions such as to pay for purchases by using a credit card, a debit card, or a gasoline charge card. A charge card or a debit card may also be used to transact business with a bank through use of an automated teller machine (ATM). The magnetic stripe card is capable of storing data by modifying the magnetic of magnetic particles embedded in the stripe. The data stored on the magnetic stripe may be sensed or read by swiping the stripe past a read head. The analog waveform obtained by sensing the magnetic stripe must undergo a process known as decoding to obtain the digital information stored in the magnetic stripe of the card. Conventional magnetic stripe card readers are comprised of both relatively simple sensing components as well as the more costly and complex decoding and communication components.

It is typical in a magnetic stripe card to locate the magnetic stripe 0.223 inches from an edge of the card with the stripe being 0.375 inches wide. The magnetic stripe contains up to three tracks of digital data with each track being 0.110 inches wide. Tracks one and three are typically recorded at 210 bits per inch, while track two typically has a recording density of 75 bits per inch. Each track can either contain 7-bit alphanumeric characters, or 5-bit numeric characters. Track one standards were created by the airlines industry, the International Air Transport Association. Track one can contain information reserved for the bank that issued the card and magnetically encoded data like the primary account number, the user's name, a country code, an expiration date for the card, and 79 characters of discretionary data, all mixed in with separators and other specialized computer characters. The second track, the track most commonly used, is in a format defined by the American Bankers Association. The second track can contain the primary account number, the country code, the card's expiration date, 40 characters of discretionary data, and separator characters. The third track is in a format called THRIFT and was originally intended for use with ATMs. Unlike tracks one and two, which are read only tracks, the third track was intended for read and write applications. However, for the most part, the third track is hardly ever used. Further, the International Organization for Standardization (ISO), an international-standard setting body, has a set of standards for describing the physical dimensions and recording technique on identification cards which are known as ISO 7810 and 7811.

2

Magnetic stripe cards having these standard specifications can typically be read by point-of-sale devices at a merchant's location. When the card is swiped through an electronic card reader at the checkout counter at a merchant's store, the reader will usually use its built-in modem to dial the number of a company that handles credit authentication requests. Once the account is verified and an approval signal will be sent back to the merchant to complete a transaction.

Although magnetic stripe cards are universally used by merchants there is no way for an individual to take advantage of the card to receive a payment from another individual (who is not a merchant) by swiping the card through a simple reader attached to his cell phone. For example, one individual may owe another person money for a debt, but one way to pay the debt is to provide cash or a check. It would be convenient to be able to use a credit card or a debit card to pay off the debt. In addition, it is advantageous for an individual to make payment to another individual or merchant by swiping his magnetic stripe card through a reader connected to a cell phone. However, there is presently no way for an individual to send payment to an individual or merchant through the use of a magnetic stripe card by using a simple magnetic stripe card reader connected to a cell phone.

Therefore, it would be desirable to have a simple card reader device that would allow an individual to receive or send payment through the use of a magnetic stripe card. It is also desirable to provide a simple portable card reader device that can be connected to a cell phone with the cell phone providing the decoding function for the sensed magnetic stripe information as well as acting as a point-of-sale device. The cell phone can have an application programmed therein to decode data contained on a magnetic stripe to submit the card data to a company or a third party that handles credit authentication requests.

### BRIEF SUMMARY

In one form of the present disclosure, a card reader device for reading a card having data stored on a magnetic stripe incorporated into the card the card reader device comprises a read head for passing a magnetic stripe of a card by to read data stored on a magnetic stripe and for producing a signal indicative of data stored on a magnetic stripe, a signal setting device for setting an amplitude of the signal indicative of data stored on a magnetic stripe, and an output jack adapted to be inserted into a microphone input associated with a cell phone for providing the signal indicative of data stored on a magnetic stripe to a cell phone, wherein application software resident on the cell phone directs the processor of the cell phone to decode the signal provided to the microphone input to produce the digital data stored on the card.

In another form of the present disclosure, a card reader device for reading a card having data stored on a magnetic stripe incorporated into the card in which the device comprises a read head for passing a magnetic stripe of a card by to read data stored on a magnetic stripe and for producing a signal indicative of data stored on a magnetic stripe, an amplifier for amplifying the signal indicative of data stored on a magnetic stripe, and an output jack adapted to be inserted into an input associated with a cell phone for providing the signal indicative of data stored on a magnetic stripe to a cell phone, wherein application software resident on the cell phone directs the processor of the cell phone to decode the signal provided to the audio or line input to produce the digital data stored on the card.

In yet another form of the present disclosure, a method for reading a card having data stored on a magnetic stripe incor-

**3**

porated into the card is disclosed in which the method comprises the steps of providing a card reader device comprising a read head for passing a magnetic stripe of a card by to read data stored on a magnetic stripe and for producing a signal indicative of data stored on a magnetic stripe, a signal setting device for setting an amplitude of the signal indicative of data stored on a magnetic stripe, an output jack adapted to be inserted into a microphone input associated with a cell phone for providing the signal indicative of data stored on a magnetic stripe to a cell phone, passing a card having data stored on a magnetic stripe incorporated into the card by the card reader device, and providing the signal indicative of data stored on a magnetic stripe to a cell phone for processing by circuitry contained in a cell phone.

In light of the foregoing comments, it will be recognized that a principal object of the present disclosure is to provide a card reader device comprised of a very simple external device to be used in conjunction with a cell phone with application software provided to perform the decoding function.

A further object of the present disclosure is to provide a card reader device that can read and decode data stored on a magnetic stripe card by sensing the recorded data waveform and transmitting the data waveform to a cell phone where it is decoded with built in circuitry and application software provided.

Another object of the present disclosure is to provide a card reader device that can read one or more tracks of data stored on a magnetic stripe card.

A further object of the present disclosure is to provide a card reader device that is of simple construction and design and which can be easily employed with highly reliable results.

A still further object of the present disclosure is to provide a card reader device that can be easily carried or stored.

Another object of the present disclosure is to provide a card reader device that does not require any source of power.

Another object of the present disclosure is to provide a card reader device that may be constructed in various shapes, designs, or forms.

A still further object of the present disclosure is to provide a card reader device that can amplify data read from a magnetic stripe card. In some constructions an amplifier resident in a card reader device may require power which may be provided by a cell phone.

Another object of the present disclosure is to provide a card reader device that can operate with existing magnetic stripe cards.

Yet still another object of the present disclosure is to provide a card reader device that can provide a signal indicative of data stored in a magnetic stripe and application software to a cell phone for the cell phone to decode the signal indicative of data stored in a magnetic stripe to be processed to transact commerce.

These and other objects and advantages of the present disclosure will become apparent after considering the following detailed specification in conjunction with the accompanying drawings, wherein:

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a side perspective view of a card reader device constructed according to the present disclosure;

FIG. **2** is a schematic diagram of a card reader device constructed according to the present disclosure;

FIG. **3** is a schematic diagram of another embodiment of a card reader device constructed according to the present disclosure;

**4**

FIG. **4** is a flowchart of a method of operation of a card reader device constructed according to the present disclosure; and

FIG. **5** is a perspective view of a card reader device constructed according to the present disclosure.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Referring now to the drawings, wherein like numbers refer to like items, number **10** identifies a preferred embodiment of a card reader device constructed according to the present disclosure. With reference now to FIG. **1**, the card reader device **10** is shown to comprise a housing **12** having a slot **14** and an output jack **16** extending out from the housing **12**. The jack **16** is adapted to be inserted into a socket **18** such as a microphone input or a line in audio input of a cell phone **20**. The jack **16** may be a TRS (tip, ring, sleeve) connector also known as an audio jack, phone plug, jack plug, stereo plug, mini-jack, or mini-stereo audio connector. The jack **16** may be formed of different sizes such as miniaturized versions that are 3.5 mm or 2.5 mm. It is also possible and contemplated that the jack **16** may be retractable within the housing **12**.

The slot **14** is wide enough and deep enough to accept a card having a magnetic stripe. In particular, the slot **14** is deep enough that the magnetic stripe will fit within the slot **14**. The slot **14** also has a length that is less than the length of the card to be inserted into the slot **14**. However, it is also possible and contemplated that the slot **14** may have other lengths if desired, for a given application. The housing **12** may take on different shapes and sizes, as will be discussed further herein.

FIG. **2** illustrates a schematic diagram of the card reader device **10**. The card reader device **10** comprises a read head **22**, such as an inductive pickup head, having a coil **24** connected to a signal amplitude setting device **26** such as a resistor which is connected to the jack **16**. A lead **28** connects the jack **16** to the coil **24** to complete the circuit. A card **30**, such as a credit card, has a magnetic stripe **32** associated with the card **30**. As has been previously discussed, the magnetic stripe **32** may have three tracks with each of the tracks containing data. The card reader device **10** is capable of reading one track, usually track two, when the device **10** is connected to the microphone input of the cell phone **20**. As the magnetic stripe **32** of the card **30** is passed by the read head **22** the read head **22** reads data or information stored in the magnetic stripe **32**. Although not shown, the card **30** is inserted into the slot **14** in the housing **12** and the card **30** is swiped or passed by the read head **22**. Data stored in the magnetic stripe **32** may be in the form of magnetic transitions as described in the ISO 7811 standards. As the card **30** moves past the read head **22**, magnetic transitions representing data induce a voltage in the coil **24**. A voltage signal or waveform produced by the coil **24** is provided to the resistor **26** with the resistor setting the amplitude of the waveform. This waveform is sent via the jack **16** into the microphone input socket **18** of the cell phone **20**. A pair of wires **34** and **36** connect the socket **18** to an amplifier **38**. The amplifier **38** amplifies the waveform received from the card reader device **10**. The amplified waveform is provided to an analog to digital converter device (ADC) **40** where the waveform in analog form is converted into digital samples of the analog waveform. The digital samples are sent to a microprocessor **42** for further processing, as will be explained. For the sake of clarity and brevity most of the components of the cell phone **20** have not been shown. However, the cell phone **20** may also include such components as memory including flash ROM, SRAM, a camera, a battery, LCD driver, a display, an antenna, a speaker, a Bluetooth

US 8,584,946 B2

**5**

circuit, and WIFI circuitry. The flash ROM may contain programs, applications, and/or an operating system for the cell phone **20**.

The card reader device **10** is capable of being connected to the cell phone **20** for providing data stored in the magnetic stripe **32** of a card **30**. Once connected any magnetic stripe **32** that is swiped in the slot **14** is read by the read head **22**. The magnetic read head **22** generates an analog waveform that results from changes in magnetization along the stripe **32** relative to the movement between the read head **22** and the stripe **32**. The resistor **26** sets the amplitude of this signal and this signal is provided to the cell phone **20**. This signal is then amplified by the amplifier **38** contained in the cell phone **20**. The ADC **40** of the cell phone **20** samples the amplified analog waveform at a given sampling rate and generates a stream of digital values or samples. These digital samples are processed by the processor **42** that can in turn provide information to a host system such as a third party or a company that handles credit card authentication requests. The processor **42** can communicate with the host system via the cell phone network, WIFI, Bluetooth or any other mode available to it. The host system may also send a signal to the cell phone **20** to indicate that the transaction has been completed. The processor **42** may be controlled by a program or an application **21** stored in memory or in a program storage area. The program or application can be programmed to decode digital samples received from the ADC **40** and use the decoded signals to contact a third party for authorizing a transaction. In this manner, a payment from the cardholder's account can be transferred to the cell phone owner's account or allow the cell phone owner to transfer payment to a merchant that accepts credit card transactions.

With reference now to FIG. **3**, another embodiment of a card reader device **80** is illustrated. The card reader device **80** comprises a housing **82** having an inductive read head **84** with coil **86** connected to an amplifier **88** which is connected to an output jack **90**. The output jack **90** extends out of the housing **82** and is adapted to be inserted into a line in audio input or a stereo line in input associated with a cell phone (not shown). A wire **92** connects the jack **90** to the coil **86**. Although not shown in this particular drawing, a slot is formed in the housing **82** near the coil **86** to allow a card having a magnetic stripe to be passed by the coil **86**. Data or information stored in the magnetic stripe is read by the coil **86**. The coil **86** produces a waveform indicative of data stored in the magnetic stripe and this waveform is provided to the amplifier **88**. The amplified waveform is then transmitted to the cell phone via the jack **90**. The amplified waveform may be provided to an ADC device for converting into digital samples to be processed by a microprocessor in the cell phone. Once processed, the cell phone may contact a third party for processing a transaction in either direction (i.e., to or from the cell phone owner's account).

Since the card reader device **80** uses the line in audio input of the cell phone, the card reader device **80** is capable of transmitting two tracks from the card being read. As has been previously discussed, a magnetic stripe may have up to three tracks with each of the tracks containing data. For example, the card reader device **80** may read tracks one and two and send these signals to the cell phone as the left and right channels of a stereo signal. However, with the card reader device **80** any two of the three tracks, usually tracks one and two, may be read and decoded when the card reader device **80** is connected to the stereo line in inputs. In some situations or constructions, it is possible that the amplifier **88** may need to

**6**

be powered. The amplifier **88** may be powered from a power source resident in the cell phone to which the device **80** is connected.

FIG. **4** illustrates a flowchart diagram of a method of operation **100** of the card reader device **10**. The method **100** begins operation at a step **102** in which a magnetic stripe card **30** is swiped through the slot **14**. In a next step **104**, the read head **22** reads data stored in the magnetic stripe **32** and generates an analog signal or waveform indicative of data stored in the magnetic stripe **32**. The waveform then has its amplitude set by the resistor **26** in a step **106**. Next, in a step **108**, the set waveform is provided to the cell phone **20** via the output jack **16** through the socket **18**. In a next step **110**, the amplifier **38** amplifies the set waveform. The waveform is provided to the analog to digital converter device **40** for conversion to a digital signal in a step **112**. An application or a program in the cell phone **20** decodes the digital signal in a next step **114**. In a next step **116**, the program contacts a third party to authorize a transaction using the decoded signal. The third party either authorizes or denies the transaction in a last step **118**. For example, if the third party authorizes the transaction then money deducted from the account of the cardholder is transferred into an account associated with the cell phone owner or vice versa. In this way, a debt can be collected or paid by use of the card reader device **10**. Further, the card reader devices **10** or **80** may be employed to transact a one-way transaction in which money can be credited to an account. In essence, the card reader devices **10** or **80** allow a user to become either a micro-merchant (payee) or a customer (payer) without having to purchase expensive card reader devices or software.

With particular reference now to FIG. **5**, another embodiment of a card reader device **150** is shown. The card reader device **150** has a housing **152** that is in the shape of an acorn. The device **150** has a slot **154** that runs along a length or a width of the housing **152**. The slot **154** has a depth that is deep enough to allow a magnetic stripe of a card to pass through the slot **154**. The slot **154** has a length that can be less than the length of a card to be read. The device also has a jack **156** extending out of the housing **152**. The device **150** may contain the components shown in either FIG. **2** or FIG. **3**. In particular, the device **150** may be easily carried and connected to a cell phone when needed. The device **150** is also small enough that it may be easily stored when not in use. Other shapes, sizes, or designs for the card reader devices **10**, **80**, or **150** are possible and contemplated.

From all that has been said, it will be clear that there has thus been shown and described herein a card reader device which fulfills the various objects and advantages sought therefore. It will become apparent to those skilled in the art, however, that many changes, modifications, variations, and other uses and applications of the subject card reader device are possible and contemplated. All changes, modifications, variations, and other uses and applications which do not depart from the spirit and scope of the disclosure are deemed to be covered by the disclosure, which is limited only by the claims which follow.

What is claimed is:

1. A card reader device, comprising:

a read head configured to produce an analog signal indicative of data stored on a magnetic stripe of a card in response to the magnetic stripe being passed by the read head;

one or more resistors configured to attenuate the analog signal resulting in an attenuated analog signal indicative of said data stored on the magnetic stripe; and

an output plug, adapted to be inserted into a jack associated with a microphone input associated with a cell phone,

US 8,584,946 B2

7

configured to provide the attenuated analog signal indicative of said data stored on the magnetic stripe to the cell phone via the microphone input.

**2**. The card reader device of claim **1**, wherein the output plug comprises a 3.5 mm plug.

**3**. The card reader device of claim **1**, wherein the read head and said one or more resistors are contained within a housing.

**4**. The card reader device of claim **3**, wherein the output plug extends out of the housing.

**5**. The card reader device of claim **3**, wherein the housing comprises a slot into which the card having the magnetic stripe may be inserted and swiped.

**6**. The card reader device of claim **1**, wherein the output plug comprises a 2.5 mm plug.

**7**. A method comprising:

providing a card reader device, including: a read head configured to read magnetically recorded information stored on a magnetic stripe of a swiped card and to produce an analog signal indicative of said read magnetically recorded information, one or more resistors configured to attenuate the analog signal indicative of said read magnetically recorded information resulting in an attenuated analog signal indicative of said read magnetically recorded information, and an output plug, adapted to be inserted into a microphone input associated with a cell phone, configured to provide to the cell phone the attenuated analog signal indicative of said read magnetically recorded information; and

providing to the cell phone for further processing by circuitry contained in the cell phone a particular attenuated analog signal indicative of particular magnetically recorded information stored on a particular magnetic stripe of a particular card swiped by the read head.

**8**. The method of claim **7**, wherein the read head and said one or more resistors are included in a housing of the card reader device.

**9**. The method of claim **8**, wherein the output plug extends out of the housing of the card reader device.

**10**. A method, comprising:

receiving, by a host system via a particular cell phone, data from which a particular account number can be determined, with the particular account number having been acquired from information read from a magnetic stripe of a particular card by a card reader device; wherein the card reader device, comprises: a read head configured to read information, including a representation of an

8

account number, stored on a magnetic stripe of a card, and to produce an analog signal indicative of said read information; one or more resistors configured to attenuate the analog signal resulting in an attenuated analog signal; and an output plug inserted into a jack associated with a cell phone and configured to provide the attenuated analog signal to a microphone input of the cell phone; and

providing authorization, by the host system to the particular cell phone, for a particular transaction corresponding to the particular account number.

**11**. The method of claim **10**, comprising: providing the card reader device to a user for performing transactions based on information magnetically stored on one or more cards.

**12**. A method, comprising:

receiving, by a particular cell phone, data from which a particular account number can be determined, with the particular account number having been acquired from information read from a magnetic stripe of a particular card by a card reader device; wherein the card reader device, comprises: a read head configured to read information, including a representation of an account number, stored on a magnetic stripe of a card, and to produce an analog signal indicative of said read information; one or more resistors configured to attenuate the analog signal resulting in an attenuated analog signal; and an output plug inserted into a jack associated with a cell phone and configured to provide the attenuated analog signal to a microphone input of the cell phone; and

requesting and receiving authorization, by the particular cell phone in communication with a host system, for a particular transaction corresponding to the particular account number.

**13**. The method of claim **12**, comprising: providing the card reader device to a user for performing transactions based on information magnetically stored on one or more cards.

**14**. The method of claim **12**, wherein said one or more resistors consists of a single resistor.

**15**. The card reader device of claim **1**, wherein said one or more resistors consists of a single resistor.

**16**. The method of claim **7**, wherein said one or more resistors consists of a single resistor.

**17**. The method of claim **10**, wherein said one or more resistors consists of a single resistor.

*   *   *   *   *