**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT E. MORLEY, JR. and <br> REM HOLDINGS 3, LLC <br><br> Plaintiffs, <br><br> vs. <br><br> SQUARE, INC., JACK DORSEY, and <br> JAMES MCKELVEY, JR. <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 14-CV-00172 <br><br> **JURY TRIAL DEMANDED** |

**DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.01 of the Federal Rules of Civil Procedure, Counsel of record for REM Holdings 3, LLC hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:  NONE.

2. Subsidiaries not wholly owned by the corporation:  NONE.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:  NONE.

Dated: January 30, 2014

Respectfully submitted,

**CALDWELL CASSADY & CURRY**

Bradley W. Caldwell
Texas State Bar No. 24040630
*(motion for pro hac vice to be filed)*
Email:  bcaldwell@caldwellcc.com
Jason D. Cassady

    Texas State Bar No. 24045625
*(motion for pro hac vice to be filed)*
Email:  jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
*(motion for pro hac vice to be filed)*
Email:  acurry@caldwellcc.com
**CALDWELL CASSADY & CURRY**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849


 */s/ David B. B. Helfrey*
David B. B. Helfrey, #35911 MO
Email: dhelfrey@sandbergphoenix.com
**SANDBERG PHOENIX & VON GONTARD**
600 Washington Avenue, 15th Floor
St. Louis, Missouri 63101
Telephone: (314) 231-3332
Facsimile: (314) 241-7604

William B. Cunningham, #20998 MO
Email: wcunningham@PolsterLieder.com
McPherson D. Moore, #26056 MO
Email: mmoore@PolsterLieder.com
**POLSTER LIEDER WOODRUFF & LUCCHESI, L.C.**
12412 Powerscourt Dr., Suite 200
St. Louis, MO 63131
Telephone: (314)238-2400
Facsimile: (314)238-2401

**ATTORNEYS FOR PLAINTIFFS ROBERT E. MORLEY, JR. AND REM HOLDINGS 3, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify a true copy of the foregoing Disclosure of Corporation Interests Certificate was served by electronic notice on all parties this 30th Day of January, 2014.

    */s/ David B. B. Helfrey*
    David B. Helfrey