IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. MORLEY, JR. and<br>REM HOLDINGS 3, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No.:  14-CV-00172 |
| v. | )<br>) | JURY TRIAL DEMANDED |
| SQUARE, INC. , JACK DORSEY,  and<br>JAMES MCKELVEY, JR. | )<br>) | |
| Defendant. | | |

## ENTRY OF APPEARANCE

COMES NOW McPherson D. Moore, and hereby enters his appearance on behalf of the Plaintiffs Robert E. Morley, Jr. and REM Holdings 3, LLC.

**POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C.**

By: /s/ McPherson D. Moore
  McPherson D. Moore, #26056MO
  12412 Powerscourt Drive, Suite 200
  St. Louis, MO 63131
  PH: (314)238-2400
  F:   (314)238-2401
  mmoore@PolsterLieder.com
  *Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

  I certify that on January 30, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

David B. B. Helfrey, #35911 MO
**SANDBERG PHOENIX & VON GONTARD**
600 Washington Avenue, 15th Floor
St. Louis, Missouri 63101
Telephone: (314) 231-3332
Facsimile: (314) 241-7604

Bradley W. Caldwell, TX No. 24040630
 *(motion for pro hac vice to be filed)*
Email: bcaldwell@caldwellcc.com
Jason D. Cassady, TX No. 24045625
 *(motion for pro hac vice to be filed)*
Email: jcassady@caldwellcc.com
John Austin Curry, TX No. 24059636
 *(motion for pro hac vice to be filed)*
Email: acurry@caldwellcc.com
**CALDWELL CASSADY & CURRY**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

   /s/ McPherson D. Moore
   Attorney for Plaintiff