UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT E. MORELY, JR. and
REM HOLDINGS 3, LLC,

    Plaintiffs,

vs.

SQUARE, INC., JACK DORSEY, and
JAMES MCKELVEY JR.,

    Defendants.

Case No. 4:14-CV-00172

# PLAINTIFFS' NOTICE OF
# MOTION TO CONSOLIDATE

Notice is hereby given of a motion, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Rule 4.03, to consolidate this case with Square, et al v. REM Holdings 3, LLC, Civil Action No. 4:10-CV-02243.

File stamped copies of Plaintiffs' Motion to Consolidate are attached.

Dated:  April 11, 2014

By: /s/ Jennifer S. Kingston

Edward L. Dowd, Jr., #28785
Jennifer Kingston, #93569
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

Josh A. Krevitt (*pro hac vice motion pending*)
Orin Snyder (*pro hac vice motion pending*)
Gibson, Dunn & Crutcher
200 Park Avenue
New York, New York 10166-0193

                                                Telephone: (212) 351-4000
                                                Facsimile: (212) 351-4035

                                                *Attorneys for Plaintiffs Square, Inc. and James McKelvey*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2014, the foregoing was served via the electronic filing system of the U.S. District Court for the Eastern District of Missouri on all counsel of record.

                                                          /s/ Jennifer S. Kingston