UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT E. MORLEY, JR., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:14-CV-00172 CDP |
| SQUARE, INC., et al., | ) |
| Defendants. | ) |

# DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS COUNTS 1, 2, 3, 5, 6, 7 & 11 AS TIME BARRED UNDER MISSOURI'S BORROWING STATUTE

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Square, Inc.; Jack Dorsey; and James McKelvey, Jr. move to dismiss with prejudice counts 1, 2, 3, 5, 6, 7 and 11 of the Complaint in this matter as untimely under Missouri's borrowing statute, Mo. Rev. Stat. § 516.190.

Defendants are filing their memorandum in support of consolidation contemporaneously with this motion.

Dated:  April 24, 2014

By: /s/ Jennifer Kingston

Edward L. Dowd, Jr., #28785
Jennifer Kingston, #93569
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

Josh A. Krevitt (*pro hac vice*)
Orin Snyder (*pro hac vice*)
Gibson, Dunn & Crutcher
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2014, the foregoing was served on counsel of record via the electronic filing system of the U.S. District Court for the Eastern District of Missouri on all counsel of record.

/s/ Jennifer S. Kingston