IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT E. MORLEY, JR., and REM HOLDINGS 3, LLC <br><br> Plaintiffs, <br><br> vs. <br><br> SQUARE, INC., JACK DORSEY, and JAMES MCKELVEY, JR. <br><br> Defendants. | Civil Action No. 4:14-cv-00172-CDP <br><br> JURY TRIAL DEMANDED |

### DECLARATION OF AUSTIN CURRY

1. I am an attorney at the law firm of Caldwell Cassady Curry P.C. in Dallas, Texas.  I am admitted to practice in the State of Texas and the Eastern District of Missouri.  I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. The document attached as Exhibit A is a true and correct copy of a news article downloaded from http://blogs.riverfronttimes.com/dailyrft/2009/09/twitter_creator_jack_dorsey_launching_new_startup_with_st_louisan_jim_mckelvey_mira_inc_biz_stone.php.  This article was downloaded at my direction on May 5, 2014.

3. The document attach as Exhibit B is a true and correct copy of a biography of a James McKelvey, Jr. downloaded from http://www.g2iconference.com/speaker/jmckelvey.html.  This biography was downloaded at my direction on May 5, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2014

_____
Austin Curry