*Exhibit A*

 

# Blogs



Search

| TOP BLOG STORIES |  New Weed Laws for MO By Ray Downs |  Mike Anderson Will Be Freed By Jessica Lussenhop |  MO: 9th Worst for Working Moms By Lindsay Toler |

**Twitter**

## Twitter Creator Jack Dorsey Launching New Start-Up with St. Louisan Jim McKelvey

By Nick Lucchesi Fri., Sep. 18 2009 at 1:40 PM    Write Comment
**Categories:** Twitter

Like  Share  10    Tweet  0    1    +1  0



Photo: Nick Lucchesi
Twitter creator Jack Dorsey takes questions from the media Friday at Webster University.

Having assumed the title of "chairman" of Twitter, **Jack Dorsey** is no longer involved in the day-to-day operations of the social-networking software he co-founded in 2006 -- leaving the 32-year-old free time to ponder his next big project.

This morning at Webster University, Dorsey hinted at one of his plans for the future. It involves pairing with his "old boss" **Jim McKelvey** of St. Louis-based Mira Digital Publishing to start a new company with "similar ideas" as Twitter, but in a "completely different industry."

Dorsey, a St. Louis native (Bishop DuBourg High School, class of 1995), says the new operation is still in "stealth" mode, and couldn't give a name for it just yet.

What Dorsey could say was that St. Louis would have a prominent role in the new firm.

"I came back to St. Louis to find the next thing, and I found it," Dorsey commented Friday at a "TweetUp" at Webster University before some 1,000 audience members. "St. Louis will play a very large part in its story and will continue to play a very large part in its story,

## Now Trending

 Bear Scare Means No Petting Zoo

 10 Best Posthumous Performances

 Preggers Photo Shoot in the Loop





## Around The Web

 **Glock Intimidates Toy Makers**
Miami New Times

**Spy Bob Levinson Vanished in Iran**

because we're both St. Louisans, and we were both born and raised here.

Dorsey added that the new company would be based on the "three concepts (of Twitter): immediacy, transparency and approachability."

Dorsey took questions from the media before the hour-long discussion with students, teachers and staff at the Webster Groves university. About a dozen family members, including Dorsey's grandmother, sat in the front two rows of the auditorium.

Reports out this week estimate Twitter's worth to be $1 billion, a number that Dorsey couldn't confirm Friday.

While Dorsey is starting this new company, he said he won't be leaving his role at Twitter any time soon.

"It's my life's work. I love it. It's my baby, so I will always be associated with the company and with the technology," he said.

Twitter co-founder **Biz Stone** has said that the company will expand before the end of the year with more services for commercial users, but Dorsey couldn't be more specific on the roll-out date for a business application.

"I can't confirm the date," he said. "I know the team is working on it very hard to get it out as soon as possible. We're getting a lot of feedback from the companies that are using Twitter today, and that's being built into what will be available to the world."

He also exposed a few secrets of the company. Turn the page to find out the origins of the Fail Whale, the word "tweet," and Twitter's first two names.

1 | 2 | Next Page >>

**Tags:** Jack Dorsey, Twitter, Webster University


Email to Friend    Write to Editor    Print Article    submit

## We Recommend


Cotton Belt Freight Depot: Local Artists Dream Of Adding…


Denounced Over Faint Suggestion Of Nipple, Cherokee Street…


The Craigslist Missed Connections of St. Louis Wizard World


Paid Distribution
Hispanic Content Marketing: Is it set to explode?
(Portada-Online.com)


Judge Says Lyft Must Stop in St. Louis; Lyft Calls…


Paid Distribution
7 Changes Your Workplace Needs to Make to Survive the Future
(Work Intelligently)


Recommended by

**0 comments**

Sign in                    1 person listening

### Sidebar

Miami New Times

Venezuelan Security Expert Accused of Terrorism
New Times Broward-Palm Beach

**From the Vault**





St. Louis Hit By 9 Tornadoes (PHOTOS)

Riverfront Times    Like

42,888 people like Riverfront Times.



Facebook social plugin

## Slideshows

Scenes from Free Comic Book Day 2014 in St. Louis

Cinco de Mayo 2014 on Cherokee Street

2014 STL Microfest Beer Festival in Forest Park

More Slideshows >>



+ Follow     Share     Post comment as...

**Newest** | Oldest | Top Comments

Powered by Livefyre

**RELATED CONTENT**

Jack Dorsey
Technology Sector
Software and Services

Internet Information Providers
Information Technology Sector



### Retail

**General**


Dirt Cheap Cigarettes & Beer
View Ad | View Site

More >>



ABOUT US     LOCAL     MOBILE     RSS     E-EDITION     SITE MAP
            ADVERTISING

| MY ACCOUNT | CONNECT | ADVERTISING | COMPANY |
| --- | --- | --- | --- |
| LOG IN | FACEBOOK | CONTACT US | PRIVACY POLICY |
| JOIN | TWITTER | NATIONAL | TERMS OF USE |
|  | NEWSLETTERS | AGENCY SERVICES | SITE PROBLEMS? |
|  | THINGS TO DO APP | CLASSIFIED |  |
|  |  | INFOGRAPHICS |  |

©2014 Riverfront Times, LLC, All rights reserved.