IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. MORLEY, JR., and<br>REM HOLDINGS 3, LLC<br><br>   Plaintiffs,<br><br>vs.<br><br>SQUARE, INC., JACK DORSEY, and<br>JAMES MCKELVEY, JR.<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:14-cv-00172-CDP<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANTS' MOTION TO DISMISS COUNTS 1, 2, 3, 5, 6, 7, & 11.**

Plaintiff Dr. Robert Morley and REM Holding 3, LLC (collectively "Plaintiffs") respectfully move for leave to file a Surreply to Defendants' Motion to Dismiss Counts 1, 2, 3, 5, 6, 7 and 11.  Upon review of the Square Defendants' Reply, Plaintiffs respectfully request leave to file this brief 8-page surreply, attached to this motion as Exhibit 1, to correct certain mischaracterizations made by the Square Defendants in their reply regarding both Plaintiffs' positions and the relevant legal authority.   For example, the Square Defendants repeatedly (and wrongfully) accuse Plaintiffs of deliberately misstating the law.  Considering that the Square Defendants seek the severe sanction of dismissal with prejudice, Plaintiffs should be allowed to rebut such accusations.  The purpose of this surreply is solely to clarify the relevant issues and assist the Court in its determination of the Square Defendants' motion.  Moreover, this Court has allowed and considered surreply briefs even without leave.  *Myers v. Sander*, No. 4:13CV2192 CDP, 2014 WL 409081, * 2 (E.D. Mo. Feb. 3, 2014).   For these reasons, Plaintiffs request leave to file the attached surreply.

-1-

-2-

Dated: May 23, 2014                                Respectfully submitted,

**CALDWELL CASSADY & CURRY**

 */s/ Bradley W. Caldwell*
Bradley W. Caldwell #24040630T
Email:  bcaldwell@caldwellcc.com
Jason D. Cassady #24045625T
Email:  jcassady@caldwellcc.com
John Austin Curry #24059636T
Email:  acurry@caldwellcc.com
**CALDWELL CASSADY & CURRY**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

David B.B. Helfrey, #35911 MO
Email: dhelfrey@sandbergphoenix.com
**SANDBERG PHOENIX & VON GONTARD**
600 Washington Avenue, 15th Floor
St. Louis, Missouri 63101
Telephone: (314) 231-3332
Facsimile: (314) 241-7604

William B. Cunningham, #20998 MO
Email: wcunningham@PolsterLieder.com
McPherson D. Moore, #26056 MO
Email: mmoore@PolsterLieder.com
**POLSTER LIEDER WOODRUFF & LUCCHESI, L.C.**
12412 Powerscourt Dr., Suite 200
St. Louis, MO 63131
Telephone: (314)238-2400
Facsimile: (314)238-2401

**ATTORNEYS FOR PLAINTIFFS ROBERT E. MORLEY, JR. AND REM HOLDINGS 3, LLC**

-3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically via the Court's electronic case filing system.  As such, this document was served on all counsel who have registered for electronic case filing on this 23rd day of May, 2014.  E.D.Mo. L.R. 2.12.

 */s/ Bradley W. Caldwell*
Bradley W. Caldwell
