IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SQUARE, INC., and JAMES MCKELVEY, JR. | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:10-cv-2243-SNLJ |
| vs. | § § | |
| REM HOLDINGS 3, LLC | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |
| ROBERT E. MORLEY, JR. and REM HOLDINGS 3, LLC | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:14-cv-0172-SJLJ |
| vs. | § § | |
| SQUARE, INC., JACK DORSEY, and JAMES MCKELVEY, JR. | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

## DEFENDANTS' MOTION TO STAY PATENT CLAIMS

Defendants Square, Inc.; Jack Dorsey; and James McKelvey, Jr. move to stay counts 4 (infringement), 10 (inventorship), and 11 (conversion) of the Complaint in *Morley v. Square, Inc. et al.*, No. 4:14-cv-0172-SNLJ (E.D. Mo., filed Jan. 30, 2014).

Defendants are filing their memorandum in support contemporaneously with this motion.

Dated:  December 22, 2014

By: /s/ Jennifer Kingston

Edward L. Dowd, Jr., #28785
Jennifer Kingston, #93569
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

Josh A. Krevitt (*pro hac vice*)
Orin Snyder (*pro hac vice*)
Gibson, Dunn & Crutcher
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, the foregoing was served via the electronic filing system of the U.S. District Court for the Eastern District of Missouri on all counsel of record.

/s/ Jennifer Kingston

2